# UNITED STATES DISTRICT COURT

_____ District of _____GUAM_____

U.S. MARSHALS - GUAM
RECEIVED
31 MAR 2005 14 00 00

UNITED STATES OF AMERICA

V.

MING JUI SHIH

**WARRANT FOR ARREST**

Case Number: CR-05-00032-002

FILED
DISTRICT COURT OF GUAM
APR - 1 2005
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____MING JUI SHIH_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)
18:371 & 1029(a)(1) - CONSPIRACY TO COMMIT FRAUD USING COUNTERFEIT ACCESS DEVICES (COUNT 1)
18:2, 1029(a)(1) & 1029(b)(1) - FRAUD USING COUNTERFEIT ACCESS DEVICES (COUNT 2)
18:371 & 1029(a)(3) - CONSPIRACY TO POSSESS FIFTEEN OR MORE COUNTERFEIT ACCESS DEVICES (COUNT 3)
18:1029(a)(3) & 2 - POSSESSION OF FIFTEEN OR MORE COUNTERFEIT ACCESS DEVICES (COUNT 4)
18:1543 - FALSE USE OF A PASSPORT (COUNTS 5 THRU 7)

in violation of Title _____ United States Code, Section(s) _____

| MARILYN B. ALCON | /s/ Marilyn B. Alcon |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 3/31/2005   Hagatna, Guam |
| Title of Issuing Officer | Date   Location |

ORIGINAL

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

HAGATNA, GUAM

| DATE RECEIVED 04/01/05 | NAME AND TITLE OF ARRESTING OFFICER CHIKO HOGG SPECIAL AGENT, USSS | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 04/01/05 | | |