DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> NAI-JOU WANG, MING JUI SHIH, and CHUN-HAN LEE, <br><br> Defendants. | CRIMINAL CASE NO. 05-00032 <br><br> O R D E R |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent defendant **NAI-JOU WANG**, **MARK SMITH** is appointed to represent defendant **MING JUI SHIH**, and **CURTIS VAN DE VELD** is appointed to represent defendant **CHUN-HAN LEE** in the above-entitled case.

Dated this 1st day of April, 2005.

_____
JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge
DISTRICT COURT OF GUAM

FILED
DISTRICT COURT OF GUAM
APR - 1 2005
MARY L.M. MORAN
CLERK OF COURT