THE LAW OFFICES OF MARK S. SMITH
456 W. O'Brien Drive, Suite 102-D
Hagatna, Guam 96910
Telephone: (671) 477-6631/32
Facsimile: (670) 477-8831

Attorney for Defendant,
*Ming Jui Shih*

FILED
DISTRICT COURT OF GUAM
APR - 6 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO.: 05-00032 |
| Plaintiff, | |
| vs. | **NOTICE OF MOTION FOR DISCOVERY** |
| NAI-JOU WANG, MING JUI SHIH, and CHUN-HAN LEE, | |
| Defendants. | |

### NOTICE OF MOTION FOR DISCOVERY

**PLEASE TAKE NOTICE** that on the 20th day of May 2005, at the hour of 10:17 a.m./p.m. or as soon thereafter this matter will be heard before the ~~Honorable Judge~~ _____, United States District Court for the Territory of Guam.

Dated this 6th day of April, 2005.

Respectfully submitted,

By: _____
**MARK S. SMITH, ESQ.**
Attorney for Defendant, *Ming Jui Shih*