JOHN T. GORMAN
Federal Public Defender
District of Guam

KIM SAVO
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
NAI JOU WANG



**FILED**
DISTRICT COURT OF GUAM

MAY - 9 2005

MARY L.M. MORAN
CLERK OF COURT



IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR 05-00032 |
|---|---|
| Plaintiff, | ) NOTICE OF INTENT TO CHANGE PLEA |
| | ) AND REQUEST FOR HEARING; |
| vs. | ) CERTIFICATE OF SERVICE |
| NAI JOU WANG, | ) |
| Defendant. | ) |

### NOTICE OF INTENT TO CHANGE PLEA AND REQUEST FOR HEARING

Defendant, Nai Jou Wang, by and through his attorney of record, Kim Savo, Assistant Federal Public Defender, hereby submits Notice of Intent to Change Plea From Not Guilty to Guilty.



Defendant further requests that a hearing on said Change of Plea be scheduled for a time and date convenient to the court.

DATED: Mongmong, Guam, May 4, 2005.

_____
KIM SAVO
Attorney for Defendant
NAI JOU WANG

IT IS SO ORDERED that defendant be permitted to change his plea from not guilty to guilty on __Wednesday, May 11__, 2005 at __2:00 pm__

_____
JOAQUIN V. E. MANIBUSAN, JR.
MAGISTRATE JUDGE
District Court of Guam

RECEIVED
MAY - 5 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

## CERTIFICATE OF SERVICE

I, ALEXANDER A. MODABER, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on May 5, 2005:

RUSSELL STODDARD
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Mongmong, Guam, May 5, 2005.

ALEXANDER A. MODABER
Investigator

KIM SAVO
Attorney for Defendant
NAI JOU WANG