FILED
DISTRICT COURT OF GUAM
MAY 11 2005
MARY L.M. MORAN
CLERK OF COURT



IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff.<br>　vs.<br>NAI-JOU WANG,<br>　　　　　　　Defendant. | CRIMINAL CASE NO. 05-00032<br><br>**REPORT AND RECOMMENDATION<br>CONCERNING PLEAS OF GUILTY<br>IN A FELONY CASE** |

  The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P., and has entered pleas of guilty to an Indictment charging him with the following offenses:

- Count 1 Conspiracy to Commit Fraud Using Counterfeit Access Devices, in violation of 18 U.S.C. §§ 371 and 1029(a)(1);

- Count 2 Fraud Using Counterfeit Access Devices, in violation of 18 U.S.C. §§ 2, 1029(a)(1), and 1029(b)(1); and

- Count 5 False Use of a Passport, in violation of 18 U.S.C. § 1543.

  After examining the defendant under oath, I have determined that the defendant is fully competent and capable of entering informed pleas, that the guilty pleas were intelligently, knowingly and voluntarily made, and that the offenses charged are supported by an independent basis in fact establishing each of the essential elements of said offenses. I therefore recommend

///

///

that the pleas of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

IT IS SO RECOMMENDED.

DATED this 11th day of May 2005.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

### NOTICE

**Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).**