# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CRIMINAL MINUTES

**CASE NO. CR-05-00032-002**  **DATE: 06/01/2005**  **TIME: 10:42 a.m.**

***

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge**
Court Reporter: Wanda M. Miles
Hearing Electronically Recorded: 10:42:54 - 11:06:04

Law Clerk: Jennifer Moton
Courtroom Deputy: Leilani Toves Hernandez
CSO: B. Peredo

***APPEARANCES***

**DEFT: MING JUI SHIH**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.

**ATTY: MARK SMITH**
( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

**U.S. ATTORNEY: RUSS STODDARD**

**AGENT: BILL CHAN, SECRET SERVICE**

**U.S. PROBATION: ROBERT CARREON**

**U.S. MARSHAL: J. CURRY / F. TAITAGUE**

**INTERPRETER: FOO MEE CHUN CLINARD**   **LANGUAGE: CHINESE**

***

**PROCEEDINGS:   CHANGE OF PLEA**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: **33**   SCHOOL COMPLETED: **8 YEARS**
( ) DEFENDANT ARRAIGNED AND ADVISED OF HER RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY* ( ) *NOT GUILTY* - TO: **COUNT I - Conspiracy to Commit Fraud Using Counterfeit Access Devices**
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( X ) PLEA AGREEMENT FILED: **MAY 25, 2005**   PLEA: ( X ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.
( X ) SENTENCING DATE: **AUGUST 30, 2005** at **10:15 A.M.**  ( ) STATUS HEARING:_____ at ____
( X ) PRESENTENCE REPORT ORDERED AND DUE: **JULY 26, 2005**
( ) PRELIMINARY EXAMINATION SET FOR: _____

ACKNOWLEDGED RECEIPT
By: _____
Date: 6.2.05

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( X ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

The Court noted that the defendant executed a written consent to enter his plea of guilty before a U.S. Magistrate Judge.

The Court executed the Report and Recommendation Concerning Defendant's Plea of Guilty.

Pen and ink change in the Plea Agreement; page 4, line 15, change the last name "Hsun" to "Wang". Parties had no objections to the change.