# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CRIMINAL MINUTES


FILED
DISTRICT COURT OF GUAM
JUN -1 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00032-003**   **DATE: 06/01/2005**   **TIME: 10:12 a.m.**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge         Law Clerk: Jennifer Moton
Court Reporter: Wanda M. Miles                              Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 10:12:13 - 10:40:17         CSO: B. Peredo

**APPEARANCES**

**DEFT:** CHUN-HAN LEE                                      **ATTY:** CURTIS C. VAN DE VELD
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.               ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: RUSS STODDARD                                AGENT: BILL CHAN, SECRET SERVICE

U.S. PROBATION: ROBERT CARREON                              U.S. MARSHAL: J. CURRY / F. TAITAGUE

INTERPRETER: FOO MEE CHUN CLINARD                           LANGUAGE: CHINESE

**PROCEEDINGS:      CHANGE OF PLEA**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: 39    SCHOOL COMPLETED: 12 YEARS
( ) DEFENDANT ARRAIGNED AND ADVISED OF HER RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY* ( ) *NOT GUILTY* - TO: COUNT I - Conspiracy to Commit Fraud Using Counterfeit Access Devices
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( X ) PLEA AGREEMENT FILED: MAY 24, 2005    PLEA: ( X ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( X ) SENTENCING DATE: AUGUST 30, 2005   at   10:00 A.M.    ( ) STATUS HEARING:_____ at _____
( X ) PRESENTENCE REPORT ORDERED AND DUE: JULY 26, 2005
( ) PRELIMINARY EXAMINATION SET FOR: _____

ACKNOWLEDGED RECEIPT
By: _____
Date: 6·2·05

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( X ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

The Court noted that the defendant executed a written consent to enter his plea of guilty before a U.S. Magistrate Judge.

The Court executed the Report and Recommendation Concerning Defendant's Plea of Guilty.

Defense requested for an expedited sentencing date for the latter part of July. Government stated that he will be off-island during that time frame. The Court informed parties that there will be no visiting judge during that time.