IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHUN-HAN LEE,<br><br>    Defendant. | CRIMINAL CASE NO. 05-00032<br><br>**ACCEPTANCE OF PLEA OF GUILTY,<br>ADJUDICATION OF GUILT AND<br>NOTICE OF SENTENCING** |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count I of an Indictment charging him with Conspiracy to Commit Fraud Using Counterfeit Access Devices, in violation of 18 U.S.C. §§ 371 and 1029(a)(1), is now ACCEPTED and the Defendant is ADJUDGED GUILTY of said offense. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED.

DATED this 15 day of June 2005.

                                                RICARDO S. MARTINEZ
                                                District Judge

---

\* The Honorable Ricardo S. Martinez, United States District Judge for the Western District of Washington, sitting by designation.