# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

UNITED STATES OF AMERICA,

V.

**CHUN-HAN LEE**

**NOTICE**

CASE NUMBER: CR-05-00032-003

| TYPE OF CASE: | ☐ CIVIL | X CRIMINAL |
|---|---|---|

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

**FILED**
DISTRICT COURT OF GUAM
JUL 13 2005
MARY L.M. MORAN
CLERK OF COURT

(31)

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| Place<br>District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>Tuesday, August 30, 2005 at 10:00 a.m. | CONTINUED TO DATE AND TIME<br><br>Monday, August 29, 2005 at 2:00 p.m. |
|---|---|---|

MARY L. M. MORAN
CLERK OF COURT

July 13, 2005
DATE

(BY) DEPUTY CLERK

TO: Russell Stoddard
Curtis Van De Veld
U.S. Probation Office
U.S. Marshal