NWang.APR

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00032-001 |
| Plaintiff, | |
| vs. | **GOVERNMENT'S STATEMENT ADOPTING FINDINGS OF PRESENTENCE REPORT** |
| NAI-JOU WANG, | |
| Defendant. | |

Pursuant to General Order 88-1, paragraph 3(b), the United States adopts the findings of the Presentence Report for the above defendant.

Respectfully submitted this 26th of July, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

-1-

## CERTIFICATE OF SERVICE

I, CARMELLETA SAN NICOLAS, working in the United States Attorney's Office, hereby certify that on July 26, 2005, I caused to be served by facsimile service, an unfiled copy of the foregoing document: **Government's Statement Adopting Findings of Presentence Report**, in <u>United States v. Nai-Jou Wang</u>, Criminal Case No. 05-00032-001 to the following counsel:

>Kim Savo
>Assistant Federal Public Defender
>Federal Public Defender Service
>First Hawaiian Bank Bldg.
>400 Route 8
>Mongmong, Guam 96910
>
>FAX: 472-7120

_____
CARMELLETA SAN NICOLAS
Secretary to U.S. Attorney