IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**
**SENTENCING**

**FILED**
DISTRICT COURT OF GUAM
AUG 11 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00032-001**     **DATE: 08/10/2005**

HON. CONSUELO B. MARSHALL, Designated Judge           Law Clerk: NONE PRESENT
Court Recorder and Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 11:35:02 - 12:04:40           CSO: F. Tenorio

**APPEARANCES**

**DEFT:** NAI-JOU WANG                                **ATTY:** KIM SAVO
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.         ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: JEFF STRAND                            AGENT: CARTER DAVIS, SECRET SERVICE

U.S. PROBATION: STEPHEN GUILLIOT                      U.S. MARSHAL: S. LUJAN

INTERPRETER: FOO MEE CHUN CLINARD, Previously sworn   LANGUAGE: CHINESE

( ) ARGUMENT FOR A DOWNWARD DEPARTURE BY THE ___ GOVERNMENT ___ DEFENSE ___ GRANTED
    COURT DEPARTS TO A LEVEL _____ FROM A LEVEL _____

( ) ARGUMENT FOR AN UPWARD DEPARTURE BY THE    ___ GOVERNMENT ___ DEFENSE

( X ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
    Base offense level:  6        Total offense level:  12      Criminal History Category: I

    **NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE**

( X ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:
Objected to the two level increase for the relocation of the scheme. The Court overruled the objection. Defense requested the Court to sentence Defendant to a term of time served.

( X ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( X ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:
Had nothing to offer.

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

**NOTES/OTHER MATTERS:**

Parties stipulated that the amount of the loss is $15,000. Government moved to dismiss Counts III, IV, VI and VII of the indictment. GRANTED.

| SENTENCE: CR-05-00032-001 | DEFENDANT: NAI-JOU WANG |
|---|---|

( X ) DEFENDANT COMMITTED TO THE BUREAU OF PRISONS FOR A TERM OF <u>SEVEN MONTHS.</u>

( X ) UPON RELEASE FROM IMPRISONMENT, DEFENDANT IS PLACED ON SUPERVISED RELEASE FOR A TERM OF <u>THREE YEARS</u> .

THE TERM OF SUPERVISED RELEASE WILL INCLUDE THE FOLLOWING CONDITIONS:

1. DEFENDANT SHALL BE TURNED OVER TO A DULY AUTHORIZED IMMIGRATION OFFICIAL FOR DEPORTATION PROCEEDINGS PURSUANT TO 18 U.S.C. § 3583(d), AND WITH THE ESTABLISHED PROCEDURES PROVIDED BY THE IMMIGRATION AND NATURALIZATION ACT UNDER 8 U.S.C. § 1101. AS A FURTHER CONDITION OF SUPERVISED RELEASE, IF ORDERED DEPORTED, THE DEFENDANT SHALL REMAIN OUTSIDE AND SHALL NOT RE-ENTER THE UNITED STATES WITHOUT THE PERMISSION OF THE ATTORNEY GENERAL. IF DEPORTATION FAILS TO OCCUR AND THE DEFENDANT IS RELEASED FROM CONFINEMENT PENDING FURTHER IMMIGRATION PROCEEDINGS, HE SHALL IMMEDIATELY REPORT TO THE U.S. PROBATION OFFICE TO BEGIN HIS TERM OF SUPERVISED RELEASE.

2. DEFENDANT SHALL NOT COMMIT ANY FEDERAL, STATE AND LOCAL CRIMES.

3. DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF SUPERVISED RELEASE AS SET FORTH BY THE U.S. PROBATION OFFICE.

4. DEFENDANT SHALL NOT POSSESS A FIREARM OR OTHER DANGEROUS WEAPON.

5. DEFENDANT SHALL NOT USE OR POSSESS ILLEGAL CONTROLLED SUBSTANCES; AND SHALL SUBMIT TO ONE URINALYSIS WITHIN 15 DAYS AFTER SENTENCING AND, TO TWO MORE URINALYSIS WITHIN (60) DAYS THEREAFTER.

6. DEFENDANT SHALL SUBMIT TO THE COLLECTION OF A DNA SAMPLE AT THE DIRECTION OF THE U.S. PROBATION OFFICE.

7. DEFENDANT SHALL REFRAIN FROM THE USE OF ALCOHOL AND SUBMIT TO ALCOHOL TESTING AS APPROVED BY THE U.S. PROBATION OFFICE.

8. DEFENDANT SHALL MAINTAIN GAINFUL EMPLOYMENT.

9. DEFENDANT SHALL PERFORM 200 HOURS OF COMMUNITY SERVICE AS APPROVED BY THE U.S. PROBATION OFFICE.

THE COURT ORDERS THAT THE DEFENDANT SHALL PAY RESTITUTION IN THE AMOUNT OF $15,000.00 TO BE MADE IMMEDIATELY AFTER SENTENCING OR DURING THE TERM OF HIS SUPERVISED RELEASE. RESTITUTION SHALL BE PAID JOINTLY AND SEVERALLY WITH CO-DEFENDANTS. PAYMENTS ARE TO BE MADE TO THE DISTRICT COURT OF GUAM, ATTN: CLERK OF COURT FOR DISBURSEMENTS TO THE VICTIMS AT:

MASTERCARD INTERNATIONAL
C/O ALAN CHOI, ASIA /PACIFIC SECURITY & RISK SERVICES        $5,000.00

VISA INTERNATIONAL
C/O TOSHINORI TAKAHASI, MANAGER AP RISK MANAGEMENT     $10,000.00

IT IS FURTHER ORDERED THAT THE DEFENDANT PAY TO THE UNITED STATES A SPECIAL ASSESSMENT FEE OF $300.00TO BE PAID IMMEDIATELY AFTER SENTENCING OR DURING THE PERIOD OF SUPERVISED RELEASE.

COURT STATES THE JUSTIFICATION OF SENTENCE IMPOSED. DEFENDANT ADVISED OF HIS APPEAL RIGHTS. DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL.