ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM

AUG 1 1 2005

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> NAI-JOU WANG, <br> MING JUI SHIH, and <br> CHUN-HAN LEE, <br><br> Defendants. | CRIMINAL CASE NO. 05-00032 <br><br> **STIPULATION OF PARTIES RE: SENTENCING OF DEFENDANT NAI-JOU WANG** |

The parties in the above-entitled matter, the United States of America, and the defendant, NAI-JOU WANG, by and through his counsel, Kim Savo, Assistant Federal Public Defender, hereby stipulate and agree as follows:

That, on May 11, 2005, defendant NAI-JOU WANG, entered a guilty plea to Counts 1, 2, and 5, of an Indictment charging him with conspiracy to commit fraud using counterfeit access devices, fraud using counterfeit access devices, and false use of a passport;

That, at the sentencing hearing held August 10, 2005, based upon the government's oral motion, the Court dismissed the remaining Counts (Counts 3, 4, 6 and 7);

//

//

That, it was later determined that Counts 6 and 7 of the Indictment pertain to co-defendants MING JUI SHIH and CHUN-HAN LEE, both of whom are still pending sentencing, and were inadvertently dismissed by the Court upon the government's erroneous request;

That, the government should have moved to dismiss only Counts 3 and 4 of the Indictment, as they pertain to defendant NAI-JOU WANG; and

That, the Court record be amended to reflect that only Counts 3 and 4 of the Indictment, as to defendant NAI-JOU WANG, are dismissed.

SO STIPULATED.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATED: 8/11/05

By: RUSSELL C. STODDARD
Assistant U.S. Attorney

DATED: 8/11/05

KIM SAVO
Assistant Federal Public Defender
Attorney for Defendant