ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
AUG 12 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>NAI-JOU WANG,<br>MING JUI SHIH, and<br>CHUN-HAN LEE,<br><br>　　　　　Defendants. | CRIMINAL CASE NO. 05-00032<br><br>**ORDER RE:**<br>**STIPULATION OF PARTIES** |

Based on the Stipulation of Parties Re: Sentencing of defendant NAI-JOU WANG, filed August 11, 2005, and the Court finding good cause for the issuance of an order;

**IT IS HEREBY ORDERED** that Counts 3 and 4 of the Indictment, as to defendant NAI-JOU WANG, are dismissed nunc pro tunc to August 10, 2005, and that all other Counts remain in full force and effect with regard to the remaining defendants.

DATE: 8/12/05

CONSUELO B. MARSHALL
Designated Judge
District Court of Guam

RECEIVED
AUG 11 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM